CODE:
JESSE KALTER LAW, P.C.
Jesse B. Kalter, Esq.
Nevada Bar No. 9846
780 Vista Blvd., Ste 500
Sparks, NV 89434
(775) 331-3888
(775) 331-3891
Attorney for RAFAEL ALVAREZ

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,
vs.

$102,283.44 IN UNITED STATES CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT,

        Defendant.
_____/

Case No. 14-CV-00506

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**

COMES NOW, RAFAEL JIMENEZ-ALVAREZ, by and through his attorney, JESSE B. KALTER, ESQ., and answers Plaintiff's Complaint, filed October 1, 2014, as follows:

That Mr. Jimenez-Alvarez admits the allegations contained in Paragraphs 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,18,19,20 and 21 of Plaintiff's Complaint.

The Mr. Jimenez-Alvarez denies each and every allegation contained in Paragraphs 17,22,23 and 24 of Plaintiff's Complaint.

WHEREFORE, RAFAEL JIMENEZ-ALVAREZ prays for the following relief:

1.    Plaintiff take nothing by virtue of their Complaint filed October 1, 2014, and that all property seized by Plaintiff be immediately returned to Rafael Jimenez-Alvarez.
2.    For such other relief as the Court deems just and proper.
3.    For Attorney's fees and costs of defending the lawsuit.

1  DATED this 14 day of November, 2014.

JESSE KALTER LAW, P.C.

_____
JESSE B. KALTER, ESQ.
Nevada Bar #9846
ATTORNEY FOR RAFAEL JIMENEZ-ALVAREZ
780 Vista Blvd., Ste 500
Sparks, NV 89434

# VERIFICATION

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CARSON     )

I, RAFAEL JIMENEZ-ALVAREZ, being first duly sworn, declare under PENALTY OF PERJURY that the below listed assertions are true, and depose and say that:

I have read the foregoing ANSWER TO COMPLAINT FOR FORFEITURE and know the contents thereof; the same is true and correct as to my own knowledge, except as to those matters therein stated upon information and belief, and as to such matters, I believe them to be true.

_____
RAFAEL JIMENEZ-ALVAREZ

SUBSCRIBED AND SWORN to before me, by RAFAEL JIMENEZ-ALVAREZ, on this 14 day of November, 2014.

JESSICA COMBS
Notary Public - State of Nevada
Appointment Recorded in Lyon County
No: 07-4154-12 - Expires July 19, 2015

_____
NOTARY PUBLIC

Jesse Kalter Law, P.C.
780 Vista Blvd., Ste 500
Sparks, NV 89434
(775) 331-3888

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of JESSE KALTER LAW, P.C., and that on this date I deposited for mailing, by first class mail, at Sparks, Nevada, a true copy of the foregoing document to:

United States Attorney
ATTN: Greg Addington, Esq.
100 W. Liberty Street, Ste 600
Reno, NV 89501

DATED this 14 day of November, 2014.

